The Order of the Commonwealth Court is hereby AFFIRMED.

ESTATE of Louis A. HICKS

v.

DANA CORPORATION, et al.

Appeal of Dana Corporation.

Estate of Louis A. Hicks

v.

Dana Corporation, et al.

Appeal of John Crane, Inc., f/k/a Crane Packing.

Supreme Court of Pennsylvania.

Sept. 27, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of September, 2006, it is hereby ordered that the Order of the Court of Common Pleas of Philadelphia County is affirmed as to the issue of the unconstitutionality of Act 57.

Appellants' ancillary issues are transferred to the Superior Court. *See Harrington v. Commonwealth, Dep't of Transp.*, 563 Pa. 565, 763 A.2d 386, 393 (2000).